IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICARDO L. ESTRADA,

    Plaintiff,

v.                                                                                       No. 22-cv-963-KG-KRS

THE BERNALILLO COUNTY BOARD
OF COMMISSIONERS, *et al.*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff Ricardo Estrada's Application to Proceed In Forma Pauperis. (Doc. 3) (the "IFP Motion"). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty days of entry of this Order. The failure to timely comply will result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit a certified copy of his six-month inmate account statement reflecting transactions between June 19, 2022 and December 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE