IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICARDO L. ESTRADA,

    Plaintiff,

v.                                                            No. 22-cv-963-KG-KRS

THE BERNALILLO COUNTY
BOARD OF COMMISSIONERS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte* in connection with Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). Plaintiff's address of record is the Otero County Prison Facility in Chapparal, New Mexico. Mail sent to him there was returned as undeliverable on June 14, 2023. (Doc. 12). The New Mexico Corrections Department website reflects that Plaintiff is no longer in custody and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://www.cd.nm.gov/offender-search/ (last visited on 6/21/2023).

    **IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE