**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

RICARDO L. ESTRADA,

     Plaintiff,

v.                                               No. 22-cv-963-KG-KRS

THE BERNALILLO COUNTY
BOARD OF COMMISSIONERS, et al.,

     Defendants.

**ORDER TO SHOW CAUSE**

This matter comes before the Court *sua sponte* upon review of the docket.

On June 23, 2023, Plaintiff filed a notice indicating that his new address was the Otero County Detention Center in Alamogordo, New Mexico. (Doc. 15). Mail sent to Plaintiff at that address was returned as undeliverable on June 30, 2023. (Doc. 16). Although it appears that Plaintiff is not receiving mail at the address of record, he has not provided a current address as required by D.N.M. LR-Civ. 83.6.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed.  The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE